UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff,

   v.

DANTE DEMIRO,

                 Defendant.
_____/

Case No. 2:11-mc-51074
(Related to Case No. 10-cr-20594)

Honorable Lawrence P. Zatkoff
Magistrate Judge R. Steven Whalen

**ORDER GRANTING GOVERNMENT'S MOTION:
(1) FOR AUTHORITY TO CONDUCT DISCOVERY, (2) TO
ADJOURN THE HEARING ON THE PETITION FILED BY DEMITRIOS
ATHANASIOU, AND (3) TO VACATE THE BRIEFING SCHEDULE**

This matter is before the Court on the motion of the United States of America for an Order: (1) authorizing the United States to conduct discovery in the above-entitled action; (2) adjourning the hearing date, currently set for October 25, 2011, on the Verified Petition to Determine Interest in Forfeited Property Located at 48277 Manorwood Drive, Northville, Michigan 48168 ("Petition"); and (3) vacating the briefing schedule, which currently requires the government to file a response to the Petition on or before Wednesday, October 19, 2011.

The Court, having reviewed the Government's motion and brief and Petitioner's response, determines that discovery is necessary to resolve the factual issues outlined in the Government's motion in brief pursuant to Fed. R. Crim. P. 32.2(c)(1)(B).

ACCORDINGLY, IT IS HEREBY ORDERED that the parties are authorized to conduct discovery for a period of **60 days** after entry of this Order. Such discovery will be in accordance with the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the hearing on the adjudication of the Petition filed by Demitrios Athanasiou set for October 25, 2011, is hereby ADJOURNED. After close of the above ordered discovery, a hearing on the adjudication of the Petition filed by Demitrios Athanasiou will be set by an order of this Court.

IT IS FURTHER ORDERED that the briefing schedule ordered in the Court's October 12, 2011, Order is hereby VACATED until further Order of this Court.

                                      S/Lawrence P. Zatkoff
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: October 21, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 21, 2011.

                                      S/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290